In the U.S. District Court
for the Southern District of Illinois

William Buck
Plaintiff

vs

Sgt Young et. Al,
Defendants

Case # 17-CV-270

### Notice to the Court of Selected Pictures

Now Comes the Plaintiff William Buck pro-se and hereby gives notice of the pictures he needs to present for his trial, as ordered by the court.

List

Cell #309
- #440
- #441
- #442
- #443
- #444
- #445
- #446
- #447
- #448
- #449
- #450
- #451

Cell #217
- #452
- #453
- #454
- #455
- #456
- #457
- #458
- #459
- #460
- #461
- #462
- #463
- #464
- #465
- #466
- #467
- #468
- #469
- #470
- #471
- #472
- #473
- #474
- #475
- #476
- #477
- #478
- #479
- #480

Cell #507
- #481
- #482
- #483
- #484
- #485
- #486
- #487
- #488
- #489
- #490
- #491
- #492
- #493
- #494
- #495
- #496
- #497
- #498
- #499
- #500
- #501
- #502
- #503
- #504
- #505
- #506
- #507

plaintiff informed the agents the defendants used that the hereby listed pictures are needed after plaintiff was give time to see the ones requested, and he put in the mail the same list to the defendants. The pictures were viewed on a computer in the presence of correctional officer who controlled "which" pictures plaintiff was allowed to look at.

Respectfully,
William Buck
R21689

2-17-22

IN THE
United States District court for the Southern
District of Illinois

William Buck
Plaintiff/Petitioner

Vs.

Sgt Young et AL
Defendant/Respondent

)
)
)
)
)
)
)
)

SCANNED at PCC and E-Mailed
2/23/22 (date) by QU (initials)
3 (# of pages)

No. 17-CV-270

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk of the U.S. District
for Southern Illinois
750 Missoure Ave
East St. Louis, ILL 62201

TO: Kwame Raoul Att. Gen. of Ill
500 S. Second st
Springfield, Ill 62701
Cassiday + Schade LLP
100 n. Broadway suite #1580
St. Louis, MO 63102

PLEASE TAKE NOTICE that at: 9 AM/PM Feb 17, 2022, I placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service. notice to the court of selected pictures

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: 2/17/22

/s/ ⎯⎯
Name: William Buck
IDOC No. R21689
Pontiac Correctional Ctr.
POB 99
Pontiac, IL
61764

Revised 4/15/16



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: William Buck

ID Number: x21689

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   **Yes** or No

   If yes, please list case number: 17 CV-270

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted: 3

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Proof of service | 1 |
| Notice to the court of selected pictures | 2 |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.